## Joseph L. SCULLY, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7382.

United States Court of Appeals, Federal Circuit.

DECIDED: April 14, 2004.

Kent G. Huntington, Principal Attorney, Franklin E. White, Jr., Michael J. Timinski, David M. Cohen, Heide L. Herrmann, Jamie L. Mueller, of Counsels, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Principal Attorney, Topeka, KS, for Claimant–Appellant.

Before NEWMAN, RADER, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.